UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| CARL WILLIAMS | ) | Prohibited Person |

THE GRAND JURY CHARGES THAT:

CR422-0138

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about April 13, 2022, in Chatham County, within the Southern District of Georgia, the defendant,

**CARL WILLIAMS,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, the following firearms:

1. A Palmetto State Armory, Model PA-15 multi-caliber pistol;

2. A Palmetto State Armory, Model PA-15 multi-caliber rifle; and

3. An Anderson Manufacturing, Model AM-15 multi-caliber pistol,

each of which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of Count One of this Indictment, the Defendant, **CARL WILLIAMS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to Palmetto State Armory, Model PA-15 multi-caliber pistol (S/N SCD016098); a Palmetto State Armory, Model PA-15 multi-caliber rifle (S/N LW152715); and an Anderson Manufacturing, Model AM-15 multi-caliber pistol (S/N/ 19165621), and all ammunition (approximately 312 multi-caliber rounds) seized therewith.

{Signatures on Following Page}

A True Bill.

_____
David H. Estes
United States Attorney

_____
Darron J. Hubbard
Special Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division